**SO ORDERED**

**Date signed November 13, 2003**



DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| | |
|---|---|
| In Re: | * |
| Final Analysis Inc. | * |
| | *   Case      01-21039 DK |
| | *   Chapter   7 |
| Debtor(s) | * |

**ORDER GRANTING MOTION
FOR ADMISSION PRO HAC VICE**

The Court having considered the Motion for Admission Pro Hac Vice filed by Alexander M. Laughlin as counsel for Nader Modanlo, and his/her statements in support thereof, and upon the recommendation of Charles C. Lemley, local counsel herein, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that, pursuant to Local Bankruptcy Rule 9010-3(b) and District Court Local Rule 101.1(b), the motion is granted.

cc:   Debtor(s)' Attorney - A. Schmidt
      Proposed Admittee- Alexander M. Laughlin
      Local Counsel - Charles C. Lemley
      U.S. Trustee

Adm-1.1 -- 5/8/97 tm *

**End of Order**