IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| | | |
|---|---|---|
| **In re:** | * | |
| FINAL ANALYSIS, INC. | * | Case No. 01-21039-DK<br>Chapter 7 |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER APPROVING COMPROMISE WITH NADER MODANLO, FINAL ANALYSIS COMMUNICATION SERVICES, INC. AND NEW YORK SATELLITE INDUSTRIES, LLC

Upon consideration of the Trustee's Motion to Approve Compromise ("Motion") pursuant to Fed. R. Bankr. P. 9019, and any opposition thereto, upon proper notice pursuant Fed. R. Bankr. P. 2002(a)(3) and an opportunity for a hearing, the Court being familiar with the tremendous complexity of this case which resolves a substantial number of issues in the administration of the Estate and for good cause shown to authorize the Trustee to enter into the terms of the compromise set forth in the Motion, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Motion is GRANTED; and it is further

**ORDERED**, that the Compromise attached to the Motion as Exhibit A is hereby APPROVED; and it is further

**ORDERED**, that this Court shall retain continuing jurisdiction over the interpretation and enforcement of the Compromise.

Copies to:

U.S. Trustee's Office
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

Rodney Glover, Esq.
Wiley Rein & Fielding, LLP
1776 K Street, N.W.
Washington, DC 20006
Attorneys for Nader Modanlo

Jeffrey M. Schwaber, Esq.
Stein, Sperling
25 West Middle Lane
Rockville, MD 20850
Attorneys for FACS

Bruce Trauben, Esq.
Dorsey & Whitney
1001 Pennsylvania Avenue
Washington, DC 20004
Attorneys for Michael Ahan

Joseph Suntum, Esq.
Miller, Miller & Canby
200-B Monroe Street
Rockville, MD 20850
Attorneys for Plaintiffs

Janet M. Nesse, Esq.
Stinson Morrison Hecker, LLP
1150 18th St., N.W., Suite 800
Washington, DC 20036
Attorneys for FACS

James M. Hoffman, Esquire
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
11921 Rockville Pike, 3rd Floor
Rockville, Maryland 20852

**End of Order**