UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

In re:  Final Analysis, Inc.             )    Case No. 01-21039
                                         )    Chapter 7
          Debtor(s)                      )

MOTION TO WITHDRAW UNCLAIMED FUNDS
FROM THE COURT REGISTRY

TO THE HONORABLE JUDGE OF THE U.S. BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

   Comes now Adventis Corp. (hereinafter called "Claimant") by and through its attorney-in-fact respectfully requests the Court to enter an Order to Withdraw Unclaimed Funds from the Court Registry that are owed to the Claimant. The Claimant states:

1. The trustee appointed by the Court in this case did deposit in the Court's Registry of Unclaimed Funds the amount of $162,465.44 due and owing to Claimant. We believe that the Claimant did not receive the funds due to a change of address.

2. To the best of my knowledge and belief, there is no dispute or controversy as to these funds, their availability or to whom they belong.

3. Claimant has authorized the undersigned to act as attorney-in-fact to recover these funds as evidenced by the attached limited power of attorney.

4. The Claimant's current address and phone number are:

   Adventis Corp.
   Attn: Michael Epstein
   c/o Deloitte CRG
   200 Berkeley Street
   Boston, MA  02116
   Telephone: 1-212-436-7116
   Tax ID (last four digits): 13-4104122

WHEREFORE, Claimant asks the Court to enter an order to the Clerk of the Court to release said funds to Claimant c/o American Property Locators, Inc., Attn: Mr. Ron B. Leppke, 3855 South Boulevard, Suite 200, Edmond, OK 73013.

Respectfully Submitted,

*Ron B Leppke*

Ron B. Leppke
American Property Locators, Inc.
Attorney-In-Fact for
Adventis Corp.
3855 South Boulevard, Suite 200
Edmond, OK 73013
(405) 340-4900

RBL/kjc
Enclosures

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

In re:  Final Analysis, Inc.       )  Case No. 01-21039
                                       )  Chapter 7
          Debtor(s)   )

### CERTIFICATE OF SERVICE

Notice is hereby given to the U.S. Bankruptcy Court that on <u>June 14, 2013</u>, the U.S. Attorney for the District of Maryland at 36 S. Charles Street, Baltimore, MD  21201 was advised via first class mail of the intent of the individual(s) or entity below (hereafter "Claimant") to request the withdrawal of funds from the Court's Registry of Unclaimed Funds.

<u>Adventis Corp.
c/o Deloitte CRG
200 Berkeley Street
Boston, MA  02116</u>

Respectfully Submitted,

*Ron B. Leppke* (signature)
Ron B. Leppke
American Property Locators, Inc.
Attorney-In-Fact for
Adventis Corp.
3855 South Boulevard, Suite 200
Edmond, OK  73013

**SUBSCRIBED AND SWORN TO BEFORE ME** this <u>14th</u> day of <u>June</u> 201<u>3</u>, in the County of <u>Oklahoma</u>, State of <u>Oklahoma</u>

_____
Signature of Notary Public

Date Commission Expires: <u>4-27-2015</u>

[Notary Seal: KATRINA J. CUTTER, NOTARY PUBLIC, STATE OF OKLAHOMA, #03004752, EXP. 04/27/15]

## LIMITED POWER OF ATTORNEY

Adventis Corp., ("Principal") executes this Limited Power of Attorney with the intention that the attorney-in-fact named below shall be able to act in its place for the purposes and duration set forth below.

Principal appoints Ron B. Leppke of American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013 to be its attorney-in-fact to act for it in its name and place, and in any capacity that Principal might act,

**Only** to recover cash or cash equivalents **specifically arising from the Final Analysis, Inc. bankruptcy matter** that belong to the Principal

and may be paid to the Principal after compliance with procedures of applicable laws (the "Unclaimed Funds").

This Limited Power of Attorney shall become effective on the date written below, and shall remain effective, for one year from such date or until the Unclaimed Funds are claimed and remitted to Principal, whichever is sooner.

Principal's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law (including the endorsement of any instrument of payment on behalf of Principal) in connection with the claim, execution, acknowledgment, and delivery of any and all documents necessary or connected with claiming and recovering for Principal the Unclaimed Funds. Principal authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

DATED this 6TH day of JUNE, 2013.

**PRINCIPAL:**  
Adventis Corp.  
(Tax ID # 13-4104122)

**PRINCIPAL'S ADDRESS:**  
c/o Deloitte  
200 Berkeley Street  
Boston, MA 02116

By: MICHAEL EPSTEIN

Title: LIQUIDATING MANAGER/AGENT

### ACKNOWLEDGMENT

STATE OF MA )  
COUNTY OF Suffolk )

Before me, the undersigned a Notary Public, in and for said County and State on this 6th day of June, 2013, personally appeared Michael Epstein to me known to be the identical person who subscribed his/her name to the foregoing instrument, as its Liquidating Mgr and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:  
April 14, 2017

Notary [signature]

[Notary seal: MARIANNE GORMAN-ELDRIDGE, MY COMMISSION EXPIRES APRIL 14, 2017, NOTARY PUBLIC, COMMONWEALTH OF MASSACHUSETTS]

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

In re:  Final Analysis, Inc.  )  Case No. 01-21039
  )  Chapter 7
  Debtor(s)  )

### AFFIDAVIT IN SUPPORT OF MOTION TO WITHDRAW UNCLAIMED FUNDS FROM THE COURT REGISTRY

I, Michael Epstein, Liquidating Manager/Agent of Adventis Corp.,

c/o Deloitte CRG
200 Berkeley Street
Boston, MA  02116

being duly sworn, state:

1. The trustee appointed by the Court in this case did deposit in the Court's Registry of Unclaimed Funds the amount of $162,465.44.

2. The funds are the property of Adventis Corp.

3. The right to the funds has not been further purchased, sold, assigned or transferred.

I declare under penalty of perjury that I have read the foregoing statements and that they are true and accurate to the best of my knowledge, information and belief and that the Court may rely on the truth of each statement.

Signature: _____  Date: 12 JUNE 2013
Michael Epstein
Liquidating Manager/Agent of
Adventis Corp.
SSN (last 4 digits only)/TIN: 13-4104122
c/o Deloitte CRG
200 Berkeley Street
Boston, MA  02116

Telephone: 1-212-436-7116

SUBSCRIBED AND SWORN TO BEFORE ME this 12 day of June, 2013, in the County of District of Col., State of D.C.

_____
Signature of Notary Public

DOROTHY R. JONES
Notary Public, District of Columbia
My Commission Expires 9/30/2016

Date Commission Expires: Sept 2016

# ROSE & ASSOCIATES, LLC

ATTORNEYS AT LAW
12154 DARNESTOWN ROAD, BOX 623
GAITHERSBURG, MARYLAND 20878
Telephone (301) 527-7789
Facsimile: (301) 527-1233

◊ Cheryl E. Rose
◊ Admitted to Practice in MD

Of Counsel:
✦ Jonathan P. Morgan
✦ Admitted to Practice in MD, DC and OK

January 10, 2013

United States Bankruptcy Court
ATTN: Finance Department
101 West Lombard Street
Baltimore, MD 21201

Re:   01-21039-TJC
      Case No.: 01-21039-TJC

Dear Sir or Madam:

Enclosed please find a check made payable to U.S. Bankruptcy Court in the total amount of $205,297.24, to be deposited into the unclaimed funds account for the above referenced case. The following details the claim, creditor, and amounts of claim. Several attempts have been made to find the correct recipient(s) for this claim(s).

| POC # | CREDITOR | CLAIM AMOUNT | DISBURSEMENT AMOUNT |
|---|---|---|---|
| 12 | Adventis Corp. | $165,000.00 | $162,465.44 |
| 41 | Rechtsanwaltin | $36,000.00 | $35,447.01 |
| 59 | Mobitex Operators | $7,500.00 | $7,384.79 |

Thank you for your assistance in this matter.

Very truly yours,

ROSE & ASSOCIATES, LLC

*Cheryl E. Rose*

Cheryl E. Rose, Chapter 7 Trustee

CER/mrp
Enc.



# United States Bankruptcy Court
## District Of Maryland

Honorable Nancy V. Alquist, Chief Judge    Mark D. Sammons, Clerk

[ Search ]

"Promote social and economic order by reconciling the opportunity of debtors to a fresh start with the right of creditors to be paid."

| Understanding Bankruptcy | Court Info | For Attorneys | Judges' Info | Filing Without An Attorney | Forms | Case Info | US Trustee | Programs & Services |
|---|---|---|---|---|---|---|---|---|

- Locations
- Local Rules and Orders
- PACER (Case Search)
- CM/ECF (E-Filing)
- Electronic Filing
- Motion Hearing Dates
- Public Calendar

| Case No | Debtor | Claimant Name | Amount |
|---|---|---|---|
| 01-21039 | Final Analysis, Inc. | Adventis Corp. | $162465.44 |

# Adventis Corporation

Action by Written Consent of
Stockholder
Without a Meeting                                                October 20, 2006

Pursuant to Section 228(a) and Section 228(c) of Title 8, Chapter 1 of the Delaware General Corporation Law, the undersigned, being the holders of outstanding shares of capital stock of Adventis Corporation (the "Corporation") entitled to vote on the following matters and having not less than the minimum number of votes that would be necessary to authorize or take the following action at a meeting at which all shares entitled to vote thereon were present and voted, do hereby consent that the following action be taken without a meeting, without a vote and without prior notice.

The adoption of the following resolutions:

RESOLVED: That the name of the Corporation be changed to GG Liquidation Corporation. The said name change is hereby approved and adopted pursuant to the applicable provisions of the General Corporation Law of the Sate of Delaware.

RESOLVED: That a Certificate of Amendment to the Restated Certificate of Incorporation in the form as attached hereby as Exhibit A is hereby approved and that the Liquidating Agent of the Corporation, Michael Epstein, be, and hereby is authorized to execute and file the Certificate of Amendment to the Restated Certificate of Incorporation with the Secretary of State for the State of Delaware.

RESOLVED: That the Liquidating Agent be, and hereby is, acting singly, authorized to do or cause to be done any and all such other acts and things and to execute and deliver any and all such further documents as such Liquidating Agent so acting deems necessary or appropriate to carry into effect the full intent and purpose of the foregoing resolutions, the taking of any such actions or the execution or delivery of any such documents by such Liquidating Agent to be conclusive evidence that the same were authorized by this resolution.

This written consent may be executed in any number of counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument, shall be filed with the records of the meetings of the stockholders of the Corporation and shall constitute, for all purposes, votes at a special meeting of such stockholders. This written consent may also be acknowledged and agreed to by electronic transmission, followed by delivery to the Corporation of this written consent in paper form, in accordance with Section 228(d) of the DGCL.

STOCKHOLDER:

Dated: October 20, 2006

BEHRMAN CAPITAL II

By: TOM PERLMUTTER
Its: PARTNER

TRA 2206923v.1

2

Exhibit A

# CERTIFICATE OF AMENDMENT
# TO
# RESTATED CERTIFICATE OF INCORPORATION
# OF
# ADVENTIS CORPORATION

It is hereby certified that:

1. The name of the corporation (hereinafter called the "Corporation") is ADVENTIS Corporation.

2. The Certificate of Incorporation of the Corporation was filed on March 23, 1992, under the name Renaissance Strategy Group, Inc. The Certificate of Incorporation, as amended and restated, is hereby further amended to change the name of the Corporation to GG Liquidation Corporation by deleting Article FIRST of the Restated Certificate of Incorporation and by substituting in lieu thereof the following new Article FIRST.

FIRST: The name of the corporation (hereinafter called the "Corporation") is

GG LIQUIDATION CORPORATION

3. The amendment of the Restated Certificate of Incorporation, as amended, herein certified has been duly adopted in accordance with the provisions of Section 242 of the General Corporation Law of the State of Delaware.

Signed this ___ day of October, 2006.

                                         _____
                                         By:
                                         Its:

TRA 2206923v.1

3

## District of Maryland
## Claims Register

01-21039 Final Analysis, Inc.

*Creditor:* (5124057)
Adventis Corp.
fka Renaissance Worldwide Strategy
10 St. James Avenue, 17th Floor
Boston MA 02116

**Claim No: 12**
*Original Filed Date:* 12/17/2001
*Original Entered Date:* 12/17/2001

*Status:*
*Filed by:* CR
*Entered by:*
*Modified:* 12/18/2001

Amount claimed: $165000.00
Secured claimed: $0.00
Priority claimed: $0.00
Unknown claimed: $0.00
Unsecured claimed: $165000.00

*History:*
Details    12-1   12/17/2001   Claim #12 filed by Adventis Corp., Amount claimed: $165000.00
*Description:*
*Remarks:* (12-1) Converted from BANCAP.

| Creditor: (5124057)<br>Adventis Corp.<br>fka Renaissance Worldwide Strategy<br>10 St. James Avenue, 17th Floor<br>Boston MA 02116 | **Claim No: 12**<br>Original Filed Date: 12/17/2001<br>Original Entered Date: 12/17/2001 | Status:<br>Filed by: CR<br>Entered by:<br>Modified: 12/18/2001 |
|---|---|---|

| Amount | claimed: | $165000.00 |
|---|---|---|
| Secured | claimed: | $0.00 |
| Priority | claimed: | $0.00 |
| Unknown | claimed: | $0.00 |
| Unsecured | claimed: | $165000.00 |

History:
| Details | 12-1 | 12/17/2001 | Claim #12 filed by Adventis Corp., Amount claimed: $165000.00 |

Description:

Remarks: (12-1) Converted from BANCAP.

**Claim History**

## Detailed Description of Claim Activity 12-1

| Date of Change | Change Made by | Description of Change |
|---|---|---|
| 12/17/2001 | | Created *Amount Claimed:* $165000.00<br>Created *Unsecured Claimed Amount:* $165000.00<br>Created *Secured Claimed Amount:* $0.00   Created *Admin Allowed Amount:* $0.00<br>Created *Priority Claimed Amount:* $0.00<br>Created *Unknown Claimed Amount:* $0.00<br><br>Created *Filed By:* Creditor<br>Created *Date Filed:* 12/17/2001<br><br>Created *Remarks:* Converted from BANCAP. |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In Re:                              )
Final Analysis, Inc.                )    Case No. 01-21039
                                    )
        Debtor(s)                   )    Chapter 7

### ORDER FOR WITHDRAWAL OF
### FUNDS PAID INTO COURT

Upon consideration of the motion filed by Adventis Corp., by its attorney-in-fact for withdrawal of funds paid into the Court under 11 U.S.C §347 and 28 U.S.C. §2042, and it appearing that the movant is entitled to the sum of $162,465.44, less registry fund fees properly chargeable, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that pursuant to 28 U.S.C. §2042 and 11 U.S.C. §347, the Bankruptcy Clerk, District of Maryland, shall pay this unclaimed money to the order of:

> Adventis Corp.
> c/o Mr. Ron B. Leppke
> American Property Locators, Inc.
> 3855 South Boulevard, Suite 200
> Edmond, OK 73013

CC: Ms. Darla Twoey, Financial Administrator, US Bankruptcy Court for the District of Maryland
Mr. Ron B. Leppke, American Property Locators, Inc. Attorney-in-Fact for Adventis Corp.
3855 South Boulevard, Suite 200, Edmond, OK 73013

End Of Order

# American Property Locators, Inc.

3855 South Boulevard, Suite 200
Edmond, OK 73013

Fax (405) 340-5968  
E-Mail: rleppke@apl-inc.com

(800) 730-4343  
(405) 340-4900

June 14, 2013

U.S. Bankruptcy Court  
DISTRICT OF MARYLAND  
Attn: Darla Twoey  
101 W. Lombard Street, Suite 8308  
Baltimore, MD 21201

**VIA FEDEX**

Re:  DISTRICT OF MARYLAND  
     MOTION FOR ORDER  
     DIRECTING PAYMENT  
     OF FUNDS TO CREDITOR/CLAIMANT

Dear Ms. Twoey:

Enclosed is a Motion for Order Directing Payment of Funds to Creditor/Claimant relating to the following matter:

| | |
|---|---|
| Case No: | 01-21039 |
| Debtor: | Final Analysis, Inc. |
| Creditor/Claimant: | Adventis Corp. |
| Amount: | $162,465.44 |

Please forward a file stamped copy of the motion and order along with the payment for this entity to the undersigned at the above address. Thank you for your assistance in this matter.

Sincerely,

Ron B. Leppke  
President

RBL/kjc  
Enclosures

: : Notary

## Notary Summary Information

Select the printer link to print this page, or use the buttons below to file or place an order.



**KATRINA J. CUTTER**

Details

| | |
|---|---|
| Commission: | 03004752 |
| Status: | Active |
| Date: | 27 Apr 2011 |
| Expiration: | 27 Apr 2015 |
| Resident: | True |

Oklahoma   Non-Resident   Bond   History

| Document Number | Filing Date | Description |
|---|---|---|
| 16520990006 | 24 Mar 2011 | Bond Filing |
| 6839260021 | 21 Mar 2007 | Renewal |
| 6958310043 | 6 Apr 2007 | Bond Filing |
| 16482910005 | 21 Mar 2011 | Renewal |
| 1860815 | 27 Apr 2003 | Renewal |
| 2116984 | 27 Apr 2003 | Renewal |

Renew / Amend   Order Documents   New Search

Delaware.gov | Text Only                              Governor | General Assembly | Courts | Elected Officials |

## Department of State: Division of Corporations

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request
How to Form a New Business Entity
Certifications, Apostilles & Authentication of Documents

Frequently Asked Questions   View Search Results

### Entity Details

THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | 2292180 | Incorporation Date / Formation Date: | 03/23/1992 (mm/dd/yyyy) |
| Entity Name: | GG LIQUIDATION CORPORATION | | |
| Entity Kind: | CORPORATION | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | THE CORPORATION TRUST COMPANY | | |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE ST | | |
| City: | WILMINGTON | County: | NEW CASTLE |
| State: | DE | Postal Code: | 19801 |
| Phone: | (302)658-7581 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like  ○ Status  ○ Status, Tax & History Information  [Submit]

[Back to Entity Search]

To contact a Delaware Online Agent click here.

site map | about this site | contact us | translate | delaware.gov